EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

LORETTA SHEEHAN
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
SEP 25 2002
at ___ o'clock and ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR02-00394 DAE |
| Plaintiff, | ) | INDICTMENT |
| v. | ) | |
| MICHAEL D. MILLER, | ) | [18 U.S.C. §§ 111(a)(1) and (b)] |
| Defendant. | ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about September 7, 2002, in the District of Hawaii, MICHAEL D. MILLER knowingly, and by means and use of a dangerous weapon, i.e. an automobile, forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with Special Agent Michael Rothermund of the Drug Enforcement Administration while Special Agent Rothermund was engaged in

the performance of his official duties.

All in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

COUNT 2

The Grand Jury charges:

On or about September 7, 2002, in the District of Hawaii, MICHAEL D. MILLER knowingly, and by means and use of a dangerous weapon, i.e. an automobile, forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with Honolulu Police Officer Patrick Fo while Officer Fo was engaged in the performance of official duties assisting Special Agent Michael Rothermund of the Drug Enforcement Administration while Special Agent Rothermund was engaged in the performance of official duties.

//
//
//
//
//
//
//
//
//
//
//

All in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

DATED: ____9/25/02____, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
LORETTA SHEEHAN
Assistant U.S. Attorney