ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 23 2006

at 10 o'clock and 00 min. W M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | CRIMINAL NO. CR 02-00394DAE-01 |
| | ) | |
| MICHAEL D. MILLER | ) | |
| | ) | |

### ORDER GRANTING PERMISSION TO LEAVE JURISDICTION

The Court has been advised that the above-named individual has requested that he be permitted to leave the jurisdiction of the United States and travel to the Philippines and that the United States Probation Office has no objection.

IT IS ORDERED that the above-named subject be permitted to leave the jurisdiction of the United States from on or about 7/13/06 through on or about 7/25/06.

Dated: June 22, 2006, at Honolulu, Hawaii.

_____
DAVID ALAN EZRA
U.S. District Judge